# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00091-CV

**In re J. E. Pendleton**

### ORIGINAL PROCEEDING FROM BASTROP COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed a petition for writ of mandamus to allow his "appearance in the District Court by video conference or other electronic means" because he "is a U.S. citizen seeking asylum in Canada" and "has no other way to access the Texas Courts."

It is Relator's burden to request and properly establish entitlement to extraordinary relief, including by providing this Court with a sufficient record from which to evaluate his claims. *See Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992); *In re Smith*, No. 03-14-00478-CV, 2014 WL 4079922, at *2 (Tex. App.—Austin Aug. 13, 2014, orig. proceeding) (mem. op.) (denying mandamus relief when relator failed to provide sufficient record); *see also* Tex. R. App. P. 52.7(a) (requiring relator to file record containing sworn copies "of every document that is material to [his] claim for relief and that was filed in any underlying proceeding").

Here, Relator has not provided us with a sufficient record from which we may evaluate the merits of his petition. On this record, we conclude that Relator has failed to show

entitlement to relief.  Accordingly, his petition for writ of mandamus is denied.[1]  *See* Tex. R. App. P. 52.8(a).

_____

Maggie Ellis, Justice

Before Justices Triana, Kelly, and Ellis

Filed:   March 20, 2026

---

[1]  Relator also filed a motion for leave to file a petition for writ of mandamus.  We dismiss this motion as moot.